WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shad Daniel Armstrong, | No. CV-15-00358-TUC-RM |
| Petitioner, | DEATH-PENALTY CASE |
| v. | **ORDER** |
| Ryan Thornell, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Shad Daniel Armstrong's Motion to Defer Ruling for Ninety Days. (Doc. 150.) Noting the substantial length of many of the pleadings in this matter, the legal complexities presented, and opposing counsel's late appearance, Respondents have indicated they do not object to the Motion. (Doc. 151.) For those reasons, in addition to the recent developments in United States Supreme Court and Arizona jurisprudence noted by Petitioner (*see* Doc. 150 (citing *Cruz v. Arizona*, 143 S. Ct. 650 (2023), *Shinn v. Ramirez*, 142 S. Ct. 1718 (2022), and *Arizona Attys. For Crim. Justice v. Ducey*, No. CV-17-01422-PHX-SPL, 2022 WL 16631088 (D. Ariz. Nov. 2, 2022)), the Court will grant the Motion.

Accordingly,

. . . .

. . . .

. . . .

. . . .

**IT IS HEREBY ORDERED** that Petitioner's Motion to Defer Ruling for Ninety Days (Doc. 150) is **granted**.

Dated this 30th day of June, 2023.

_____
Honorable Rosemary Márquez
United States District Judge